IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10599-TPA |
| Deborah J. Fuller | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| Deborah J. Fuller, | : | Document No. |
|     Movant | : | |
| v. | : | |
| Cavalry SPV I, LLC, As Assignee of | : | |
| Springleaf Financial Services of Pennsylvania, | : | |
| Inc., | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

I, Rebeka A. Seelinger Esquire, certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the debtor's Motion To Avoid Judicial Lien, together with Notice of Hearing and Response Deadline, on the parties listed below on November 25, 2019, by regular First Class United States Mail or other method as described below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

Ronda J. Winnecour
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste. 400
Valhalla NY 10595

David J. Apothaker, Esquire
Apothaker Scian P.C.
520 Fellowship Road
PO Box 5496
Mount Laurel NJ 08054-5496
 (Via US Mail)

Date: November 25, 2019          /s/ Rebeka A. Seelinger_____
                                  Rebeka A. Seelinger, Esquire  Pa. I.D. #93897

4640 Wolf Rd  
Erie, PA 16505  
(814)-824-6670  
 E-Mail: rebeka@seelingerlaw.com  
 Counsel for Debtor