Certificate Number: 14912-PAW-DE-033780289

Bankruptcy Case Number: 19-10599



14912-PAW-DE-033780289

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 3, 2019, at 3:12 o'clock PM EST, Deborah Fuller completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 3, 2019            By:   /s/Jai Bhatt

                                                    Name:   Jai Bhatt

                                                  Title:   Counselor