Certificate Number: 14912-PAW-DE-033780289

Bankruptcy Case Number: 19-10599



14912-PAW-DE-033780289

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 3, 2019</u>, at <u>3:12</u> o'clock <u>PM EST</u>, <u>Deborah Fuller</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 3, 2019</u>     By:   <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:   <u>Counselor</u>