IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10599-TPA |
| Deborah J. Fuller | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| Deborah J. Fuller, | : | Document No. |
|     Movant | : | |
|     v. | : | |
| Cavalry SPV I, LLC, As Assignee of | : | |
| Springleaf Financial Services of Pennsylvania, | : | |
| Inc., | : | |
|     Respondent | : | |

## CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judicial Lien filed on November 25, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections for the Motion were to be filed and served no later than December 12, 2019.

    It is hereby respectfully requested that the Order attached to the Motion to Avoid Judicial Lien be entered by the Court.

Date: December 27, 2019

                                                        By: /s/ Richard J. Bedford
                                                        Richard J. Bedford, PA I.D. 25069
                                                        Seelinger Law Corporation
                                                         4640 Wolf Rd
                                                         Erie, PA 16505
                                                         (814)-824-6670
                                                         Richard@seelingerlaw.com
                                                         Counsel for Debtor/Movant