FILED
12/31/19 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10599-TPA |
| Deborah J. Fuller | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| Deborah J. Fuller, | : | Document No. 28 |
|     Movant | : | |
|     v. | : | |
| Cavalry SPV I, LLC, As Assignee of | : | |
| Springleaf Financial Services of Pennsylvania, | : | |
| Inc., | : | |
|     Respondent | : | |

**ORDER**

NOW, this 31st day of December, 2019, upon consideration of the Debtor's Motion To Avoid Judicial Lien, it is hereby

ORDERED, that the motion is granted. It if further

ORDERED, that the judicial lien held by Cavalry SPV I, LLC, As Assignee of Springleaf Financial Services of Pennsylvania, Inc., as evidenced by a judgment filed at Case No. 10965-2017 in Erie County, Pennsylvania, Court of Common Pleas, in the amount of $2,368.42, is hereby avoided, and the said judgment shall henceforth be Null and Void.

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10599-TPA
Deborah J. Fuller                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: nsha    Page 1 of 1    Date Rcvd: Dec 31, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.
db        +Deborah J. Fuller,    10297 High St,    Albion, PA 16401-9452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:
        Anthony T. Kovalchick    on behalf of Creditor   Dep't of Revenue   Office of Attorney General    akovalchick@attorneygeneral.gov
        James Warmbrodt    on behalf of Creditor    HOME INVESTMENT FUND V, LP bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Rebeka Seelinger    on behalf of Debtor Deborah J. Fuller rebeka@seelingerlaw.com
        Richard J. Bedford    on behalf of Debtor Deborah J. Fuller richard@seelingerlaw.com, rjb8181@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                              TOTAL: 6