# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/18/20 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Deborah J. Fuller

Case Number: 19-10599-TPA            (Chapter 13)
Date / Time / Room: 03/10/2020 01:30 pm / Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:    #11 - Final Confirmation of Plan dated 6/13/19 (NFC)

*Cont'd for Debtor to resolve forced placed insurance issue*

### Appearances:

Debtor: Bedford
Trustee: Winnecour / Katz / Pail / DeSimone
Creditor: Kovalchick for PA Dept of Revenue

### Proceedings:

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __7/7/20__ at __2:00 pm__.
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended is set for _____ at _____.
9. _ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: