# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                Bankruptcy Case No.: 19−10599−TPA

                                                      Chapter: 13
                                                      Docket No.: 43 − 42
                                                      Conciliation Conference Date: 10/6/20 at 01:30 PM

**Deborah J. Fuller**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __27th_____ day of ___July_____, 2020___, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

via CM/ECF:

| | |
|---|---|
| Office of the United States Trustee | Ronda J. Winnecour |
| Liberty Center | 3250 U.S. Steel Tower |
| 1001 Liberty Avenue, Suite 970 | 600 Grant Street |
| Pittsburgh, PA 15222 | Pittsburgh PA 15219 |

Via regular United States mail, postage prepaid on the respondent(s) at (list names and addresses here):
ACL
1526 Peach Street
Erie, PA 16501

Aes/fortis
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

Cavalry Portfolio Services
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Collection Service Center, Inc.
Attn: Bankruptcy
Po Box 560
New Kensington, PA 15068

Conduent/Front Range Bank
Attn: Claims Department
Po Box 7051
Utica, NY 13504

David J. Apothaker, Esquire
Apothaker Scian P.C.
520 Fellowship Rd, Ste C306
PO Box 5496
Mount Laurel, NJ 08054-5496

Department of Education/Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501

Erie County Tax Claim Bureau
140 W 6th Street #110
Erie, PA 16501-1073

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd, Ste 205
Cleveland, OH 44122

Home Investment Fund V, LP
323 5th Street
PO Box 35
Eureka, CA 95502

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

KML Law Group, P.C.
Attn. Rebecca A. Solarz, Esquire
Suite 5000 BNY Mellon Independence Ctr
701 Market Street
Philadelphia, PA 19106

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Plain Green Loans
Attn: Bankruptcy
1900 Frost Rd   Ste 100
Bristol, PA 19007

Resurgent Capital Services
Po Box 10587
Greenville, SC 29603

St. Vincent Hospital
232 W 25th St
Erie, PA 16544

UPMC Hamot
201 State Street
Erie, PA 16550

Executed on   7/27/2020                        /s/ Rebeka Seelinger, Esq.
                  (Date)                                            (Signature)
Rebeka Selinger, Esquire, 4640 Wolf Road, Erie PA 16505
(Type Name and Mailing Address of Person Who Made Service)