**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 19-10599-TPA** |
| | : | |
| **Deborah J. Fuller** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 9** |
| | : | |
| **Home Investment Fund V, LP,** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | |
| **Deborah J. Fuller and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

**<u>DECLARATION</u>**

NOW, this **10th** day of **August 2020,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Home Investment Fund V, LP** at **Claim** *No. 9* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with payments of $875.00, effective 09/10/2020.

Dated:  <u>August 10, 2020  </u>

By       <u>/s/ Rebeka A. Seelinger, Esquire</u>
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com