UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 19-10599 TPA |
| Deborah J. Fuller | : Chapter 13 |
| Debtor | : |
| | |
| Seelinger Law Corporation, | : |
| Movant | : |
| vs. | : Document No. |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee, | : |
| Respondent | : |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2020, I served, or caused to be served, true and correct copies of

A.  The Application of Seelinger Law Corporation for Interim Compensation as Counsel to the Debtor, together with the Summary Cover Sheet with Notice of Zoom Hearing and Response Deadline, by First Class United States mail or electronic service as indicated below, on the following:

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Deborah J. Fuller**
10297 High Street
Albion PA 16401
(Via First Class Mail)

B.  The Summary Cover Sheet with Notice of Hearing and Response Deadline, by First Class Mail on the following:

See attached matrix

Dated: December 2, 2020                          By: /s/ Richard J. Bedford
                                                 Richard J. Bedford, Esquire PA ID 25069

Seelinger Law Corporation
4640 Wolf Road
Erie PA 16505
(814) 824-6670
Richard@Seelingerlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10599-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Dec  1 16:02:27 EST 2020 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | ACL<br>1526 Peach Street<br>Erie, PA 16501-2110 |
| Aes/fortis<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | COLLEGE ASSIST<br>PO BOX 16358<br>ST PAUL, MN 55116-0358 |
| Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Collection Service Center, Inc.<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 | Conduent/Front Range Bank<br>Attn: Claims Department<br>Po Box 7051<br>Utica, NY 13504-7051 | David J. Apothaker, Esquire<br>Apothaker Scian P.C.<br>520 Fellowship Rd, Ste C306<br>PO Box 5496<br>Mount Laurel, NJ 08054-5496 |
| Department of Education/Nelnet<br>Attn: Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Erie County Tax Claim Bureau<br>140 W 6th Street #110<br>Erie, PA 16501-1073 | (p)FIRST FEDERAL CREDIT CONTROL  INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5662 |
| Home Investment Fund V, LP<br>323 5th Street<br>PO Box 35<br>Eureka, CA 95502-0035 | Home Investment Fund V, LP<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| KML Law Group, P.C.<br>Attn. Rebecca A. Solarz, Esquire<br>Suite 5000 BNY Mellon Independence Ctr<br>701 Market Street<br>Philadelphia, PA 19106-1538 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | Plain Green Loans<br>Attn: Bankruptcy<br>1900 Frost Rd   Ste 100<br>Bristol, PA 19007-1519 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | St. Vincent Hospital<br>232 W 25th St<br>Erie, PA 16544-0001 | UPMC Hamot<br>201 State Street<br>Erie, PA 16550-0001 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | US Department of Education c/o Nelnet<br>121 S 13th St, Suite 201<br>Lincoln, NE 68508-1911 | Deborah J. Fuller<br>10297 High St<br>Albion, PA 16401-9452 |

```
Dep't of Revenue Office of Attorney Gen     Rebeka Seelinger                  Richard J. Bedford
Anthony T. Kovalchick                        4640 Wolf Road                    Seelinger Law Corporation
1251 Waterfront Place                        Erie, PA 16505-1451               4640 Wolf Road
Mezzanine Level                                                                Erie, PA 16505-1451
Pittsburgh, PA 15222-4227


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card Services                          First Federal Credit Control
Attn: Bankruptcy                             Attn: Bankruptcy
Po Box 15298                                 24700 Chagrin Blvd, Ste 205
Wilmington, DE 19850                         Cleveland, OH 44122
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HOME INVESTMENT FUND V, LP                End of Label Matrix
                                             Mailable recipients    33
                                             Bypassed recipients     1
                                             Total                  34
```