UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 19-10599 TPA |
| Deborah J. Fuller | : Chapter 13 |
|     Debtor | : |
| | |
| Seelinger Law Corporation, | : |
|     Movant | : |
|   vs. | : Document No. |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee, | : |
|     Respondent | : |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF SEELINGER LAW CORPORATION FOR INTERIM COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Seelinger Law Corporation for Interim Compensation, filed on December 2, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Zoom Hearing, objections to the Application were to be filed and served no later than December 19, 2020.

It is hereby respectfully requested that the Order attached to the Application for Interim Compensation be entered by the Court.

December 22, 2020
/s/ Richard J. Bedford_____
Richard J. Bedford, PA ID 25069
Seelinger Law Corporation
Attorney for Debtor
4640 Wolf Rd
Erie PA 16505
(814) 824 6670, richard@seelingerlaw.com