FILED
12/22/20 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 19-10599 TPA |
| Deborah J. Fuller | : Chapter 13 |
|     Debtor | : |
| | |
| Seelinger Law Corporation, | : |
|     Movant | : |
| vs. | : Document No.  54 |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee, | : |
|     Respondent | : |

## ORDER APPROVING INTERIM COMPENSATION
## TO COUNSEL FOR THE DEBTOR

**NOW**, this ___22nd___ day of ___December___, 2020___, the Application of Seelinger Law Corporation for interim compensation having come before this Court, it is hereby

**ORDERED**, that the Application is granted. Seelinger Law Corporation is hereby awarded compensation in the total amount of $9,310.00 for the period from May 23, 2019 to December 2, 2020, of which $1,500.00 was paid by the Debtor as a retainer, leaving $7,810.00 payable by the Chapter 13 Trustee. It is further

ORDERED, that the Trustee shall pay $6,500.00 of the allowed compensation, at Trustee level 22 at the rate of $500.00 per month, without the need for an amended plan, inasmuch as the confirmed amended plan dated July 24, 2020 expressly provides funding for payment of compensation by the Trustee in the amount of $6,500.00, in addition to the retainer paid by the debtor. The remainder of the allowed compensation exceeding the amounts provided for in the plan shall not be paid by the Trustee unless and until the debtor amends the plan to provide funding for the same.

BY THE COURT:

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

_____
Thomas P. Agresti, Judge
U.S. Bankruptcy Court

ljm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10599-TPA |
| Deborah J. Fuller | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 2 |
| Date Rcvd: Dec 22, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

**Recip ID        Recipient Name and Address**
db           + Deborah J. Fuller, 10297 High St, Albion, PA 16401-9452

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

**Name              Email Address**

Anthony T. Kovalchick
                  on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
                  on behalf of Creditor HOME INVESTMENT FUND V  LP bnicholas@kmllawgroup.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
                  on behalf of Debtor Deborah J. Fuller rebeka@seelingerlaw.com

Richard J. Bedford
                  on behalf of Debtor Deborah J. Fuller richard@seelingerlaw.com  rjb8181@gmail.com

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

District/off: 0315-1     User: nsha     Page 2 of 2
Date Rcvd: Dec 22, 2020     Form ID: pdf900     Total Noticed: 1
TOTAL: 6