**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/02/2021

IN RE:

DEBORAH J. FULLER
10297 HIGH ST
ALBION, PA 16401
XXX-XX-9062          Debtor(s)

Case No. 19-10599 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/2/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **ANTHONY T KOVALCHICK ESQ**<br>DEPUTY AG - OFC OF ATTORNEY GENERAL<br>1251 WATERFRONT PL<br>MEZZANINE LEVEL<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PA DEPT OF REV/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC ASSIGNEE OF SPRINGLEAF**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,641.73<br>COMMENT: JUDGMENT~AVD/OE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3990 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA 16501 | Trustee Claim Number: 3  INT %: 9.00%<br>Court Claim Number: 6<br>CLAIM: 2,735.61<br>COMMENT: 13-010-028.0-037.00*$CL-PL@9%/PL*STAT ISSUE~PRI/CL*TAX YR 2018/CL*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3700 |
| **HOME INVESTMENT FUND**<br>C/O SN SERVICING CORP(*)<br>323 5TH ST*<br>EUREKA, CA 95501 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*875/PL*DK4PMT-LMT*BGN 7/19 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3857 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5  INT %: 5.00%<br>Court Claim Number: 4-4<br>CLAIM: 7,450.00<br>COMMENT: $CL-PL@5%*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 1-3<br>CLAIM: 0.00<br>COMMENT: PL-AMD CL=$0@SEC*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4493 |
| **APOTHAKER & ASSOC**<br>520 FELLOWSHIP RD C 306<br>MOUNT LAUREL, NJ 08054 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ACL LABS**<br>1526 PEACH ST<br>ERIE, PA 16501-2104 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FORTIS**<br>C/O COLLEGE ASSIST*<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 67,488.52<br>COMMENT: 0001~AES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CHASE CARD SERVICES**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5368 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PATHOLOGY ASSOC OF ERIE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: BU3D |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PATHOLOGY ASSOC OF ERIE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6J4L |
| **CONDUENT FORT RANGE BANK**<br>PO BOX 7051<br><br>UTICA, NY 13504 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7291 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR 97208 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 17,674.01<br>COMMENT: 9562/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SURGERY CNTR HAMOT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9759 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SURGERY CNTR HAMOT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9232 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CREDIT ONE BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8248 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1475 |
| **PLAIN GREEN LOANS LLC***<br>ATTN CUSTOMER SERVICE<br>PO BOX 42560<br><br>PHILADELPHIA, PA 19101 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9093 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CACH LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 743.80<br>COMMENT: CAPITAL ONE*STALE CL~LTR DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2109 |
| **ST VINCENT HOSPITAL**<br>232 WEST 25TH ST<br>ERIE, PA  16544 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC HAMOT MEDICAL CENTER**<br>201 STATE ST - PATIENT ACCOUNTING<br>ERIE, PA  16550 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:4-4<br>CLAIM: 56,171.32<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:1-3<br>CLAIM: 15,389.63<br>COMMENT: NO GEN UNS/SCH*AMD*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:4-4<br>CLAIM: 6,630.11<br>COMMENT: 3,587.63/PL*NO PRI/SCH*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9062 |
| **HOME INVESTMENT FUND**<br>C/O SN SERVICING CORP(*)<br>323 5TH ST*<br>EUREKA, CA  95501 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 32,394.44<br>COMMENT: $CL-PL*THRU 6/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3857 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 186.86<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:1-3<br>CLAIM: 96.91<br>COMMENT: $CL-PL*NO PRI/SCH*AMD*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9062 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:10-2<br>CLAIM: 0.00<br>COMMENT: AMD CL=$0*CL1-3 STANDS/CRD~DK!! | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |