Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Deborah J. Fuller**
  Debtor(s)

Bankruptcy Case No.: 19−10599−TPA
Related to Docket No. 68
Chapter: 13
Docket No.: 69 − 68
Concil. Conf.: 4/5/22 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 28, 2022,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 21, 2022,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **4/5/22** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 13, 2022

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-10599-TPA

Deborah J. Fuller  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: agro  Page 1 of 3
Date Rcvd: Jan 13, 2022  Form ID: 213  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah J. Fuller, 10297 High St, Albion, PA 16401-9452 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 15068926 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15068927 | + | Aes/fortis, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15078003 | + | COLLEGE ASSIST, PO BOX 16358, ST PAUL, MN 55116-0358 |
| 15068930 | + | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15068931 | + | Conduent/Front Range Bank, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 15068932 | | David J. Apothaker, Esquire, Apothaker Scian P.C., 520 Fellowship Rd, Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15068934 | | Erie County Tax Claim Bureau, 140 W 6th Street #110, Erie, PA 16501-1073 |
| 15068936 | + | Home Investment Fund V, LP, 323 5th Street, PO Box 35, Eureka, CA 95502-0035 |
| 15068938 | + | KML Law Group, P.C., Attn. Rebecca A. Solarz, Esquire, Suite 5000 BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15068941 | + | Plain Green Loans, Attn: Bankruptcy, 1900 Frost Rd Ste 100, Bristol, PA 19007-1519 |
| 15399811 | + | Red Stick Acquisitions, LLC, c/o Statebridge Company, LLC, 6061 S Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 15068943 | + | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |
| 15104345 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 18:42:45 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15076434 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 18:43:04 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068928 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2022 18:36:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15091806 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2022 18:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15068933 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 13 2022 18:36:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15068935 | | Email/Text: jill@ffcc.com | Jan 13 2022 18:36:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15108555 | + | Email/Text: bknotices@snsc.com | Jan 13 2022 18:36:00 | Home Investment Fund V, LP, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15068937 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2022 18:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15068929 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 19-10599-TPA    Doc 70    Filed 01/15/22    Entered 01/18/22 09:04:21    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: 213 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 13 2022 18:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15068939 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 18:36:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068940 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 18:36:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15071390 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15068942 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 18:42:53 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15068944 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 13 2022 18:36:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15074882 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 13 2022 18:36:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HOME INVESTMENT FUND V, LP |
| cr | | Red Stick Acquisitions, LLC |
| 15068945 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15068946 | *+ | Aes/fortis, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15068947 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15068949 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15068950 | *+ | Conduent/Front Range Bank, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 15068951 | * | David J. Apothaker, Esquire, Apothaker Scian P.C., 520 Fellowship Rd, Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15068952 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15068953 | * | Erie County Tax Claim Bureau, 140 W 6th Street #110, Erie, PA 16501-1073 |
| 15068954 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15068955 | *+ | Home Investment Fund V, LP, 323 5th Street, PO Box 35, Eureka, CA 95502-0035 |
| 15068956 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15068948 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15068957 | *+ | KML Law Group, P.C., Attn. Rebecca A. Solarz, Esquire, Suite 5000 BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15068958 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068959 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15068960 | *+ | Plain Green Loans, Attn: Bankruptcy, 1900 Frost Rd Ste 100, Bristol, PA 19007-1519 |
| 15068961 | *+ | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15068962 | *+ | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |
| 15068963 | *+ | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0315-1 | User: agro | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: 213 | Total Noticed: 30 |

Date: Jan 15, 2022        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor HOME INVESTMENT FUND V  LP bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Deborah J. Fuller rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Deborah J. Fuller richard@seelingerlaw.com  rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6