**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Deborah J. Fuller**
Debtor(s)

Bankruptcy Case No.: 19−10599−TPA

Chapter: 13
Docket No.: 73 − 72

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

Anthony T. Kovalchick has been removed as attorney from this case and will not receive any future notifications.

The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: February 25, 2022

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-10599-TPA
Deborah J. Fuller Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 2
Date Rcvd: Feb 25, 2022 Form ID: 143 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

**Recip ID**   **Recipient Name and Address**
aty   + Anthony T. Kovalchick, PA Office of the Attorney General, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

**Name**   **Email Address**

Allison L. Carr
    on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Anthony T. Kovalchick
    on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor HOME INVESTMENT FUND V  LP bnicholas@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor Deborah J. Fuller rebeka@seelingerlaw.com

Richard J. Bedford
    on behalf of Debtor Deborah J. Fuller richard@seelingerlaw.com  rjb8181@gmail.com

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Feb 25, 2022 Form ID: 143 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7