FILED
2/25/22 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br><br>DEBORAH J. FULLER,<br><br>          Debtor. | Bankr. Case No. 19-10599-TPA<br>Chapter 13 |
| COMMONWEALTH OF<br>PENNSYLVANIA, DEPARTMENT OF<br>REVENUE,<br><br>          Movant,<br><br>   v.<br><br>NO RESPONDENT. | Related Document No: 71 |

### ORDER

AND NOW, this 25th day of February, 2022, upon consideration of the Commonwealth of Pennsylvania, Department of Revenue's *Motion to Withdraw the Appearance of Anthony T. Kovalchick and Enter the Appearance of Allison L. Carr* (the "Motion"), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED;

2. The appearance of Anthony T. Kovalchick, Deputy Attorney General, is WITHDRAWN on behalf of the Commonwealth of Pennsylvania, Department of Revenue; and

3. The appearance of Allison L. Carr, Senior Deputy Attorney General, is ENTERED on behalf of the Commonwealth of Pennsylvania, Department of Revenue.

_____
Hon. Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-10599-TPA
Deborah J. Fuller                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                  Page 1 of 2
Date Rcvd: Feb 25, 2022                       Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

**Recip ID**            **Recipient Name and Address**
db                  +   Deborah J. Fuller, 10297 High St, Albion, PA 16401-9452

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

Allison L. Carr
                                  on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Anthony T. Kovalchick
                                  on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
                                  on behalf of Creditor HOME INVESTMENT FUND V  LP bnicholas@kmllawgroup.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
                                  on behalf of Debtor Deborah J. Fuller rebeka@seelingerlaw.com

Richard J. Bedford
                                  on behalf of Debtor Deborah J. Fuller richard@seelingerlaw.com  rjb8181@gmail.com

District/off: 0315-1                        User: auto                              Page 2 of 2
Date Rcvd: Feb 25, 2022                     Form ID: pdf900                       Total Noticed: 1

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7