IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10599-TPA |
| Deborah J. Fuller | : | Chapter 13 |
|    Debtor | : | |
| | | |
| Ronda J. Winnecour, Trustee | : | Related to Document No. 68 |
|    Movant | : | |
| v. | : | |
| Deborah J. Fuller | : | Document No. |
|    Respondent | : | |

## CONSENT ORDER RESOLVING TRUSTEE'S CERTIFICATE OF DEFAULT

NOW, this _____ day of _____, 2022, upon an agreement reached between the Chapter 13 Trustee and the debtor, as evidenced by the signatures of their counsel, below, it is

ORDERED, that the debtor's plan payment is increased to $2,455.00 per month, effective April 2022.  It is further

ORDERED, that Amended Claim No. 4-4 of the Internal Revenue Service shall fully govern, and the remaining $1,310.00 of the fees awarded to Seelinger Law Corporation by order dated December 22, 2020 at Document No. 59 shall be paid by the Trustee, in that the increased plan payment contains sufficient funding to pay that amount without reducing such amount as was provided in the plan dated July 24, 2020 for payment of non-priority unsecured claims (which was zero).  It is further

ORDERED, that the Trustee's Certificate of Default Requesting Dismissal of Case filed January 12, 2022 at Document No. 68 is hereby resolved, and the continued conciliation conference scheduled for June 7, 2022 at 1:00 P.M. is cancelled.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Ronda J. Winnecour
Ronda J. Winnecour, Esquire
Chapter 13 Trustee

/s/ Richard J. Bedford
Richard J. Bedford, Esquire
Seelinger Law Corporation
Counsel for Debtor