FILED
4/7/22 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10599-TPA |
| Deborah J. Fuller | : | Chapter 13 |
|     Debtor | : | |
| | | |
| Ronda J. Winnecour, Trustee | : | Related to Document No. 68, 78 |
|     Movant | : | |
| v. | : | |
| Deborah J. Fuller | : | |
|     Respondent | : | |

### CONSENT ORDER RESOLVING TRUSTEE'S CERTIFICATE OF DEFAULT

NOW, this 7th day of April, 2022, upon an agreement reached between the Chapter 13 Trustee and the debtor, as evidenced by the signatures of their counsel, below, it is

ORDERED, that the debtor's plan payment is increased to $2,455.00 per month, effective April 2022. It is further

ORDERED, that Amended Claim No. 4-4 of the Internal Revenue Service shall fully govern, and the remaining $1,310.00 of the fees awarded to Seelinger Law Corporation by order dated December 22, 2020 at Document No. 59 shall be paid by the Trustee, in that the increased plan payment contains sufficient funding to pay that amount without reducing such amount as was provided in the plan dated July 24, 2020 for payment of non-priority unsecured claims (which was zero). It is further

ORDERED, that the Trustee's Certificate of Default Requesting Dismissal of Case filed January 12, 2022 at Document No. 68 is hereby resolved, and the continued conciliation conference scheduled for June 7, 2022 at 1:00 P.M. is cancelled.

BY THE COURT:

_____ asg
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Ronda J. Winnecour
Ronda J. Winnecour, Esquire
Chapter 13 Trustee

/s/ Richard J. Bedford
Richard J. Bedford, Esquire
Seelinger Law Corporation
Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Deborah J. Fuller  
    Debtor

Case No. 19-10599-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Apr 07, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah J. Fuller, 10297 High St, Albion, PA 16401-9452 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

**Name**     **Email Address**

Allison L. Carr  
    on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Brian Nicholas  
    on behalf of Creditor HOME INVESTMENT FUND V  LP bnicholas@kmllawgroup.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger  
    on behalf of Debtor Deborah J. Fuller rebeka@seelingerlaw.com

Richard J. Bedford  
    on behalf of Debtor Deborah J. Fuller richard@seelingerlaw.com  rjb8181@gmail.com

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

District/off: 0315-1                          User: auto                                  Page 2 of 2
Date Rcvd: Apr 07, 2022                       Form ID: pdf900                          Total Noticed: 1
TOTAL: 6