**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: DEBORAH J. FULLER         )

                                    ) **Case No. 19-10599-CMB**

                                    )

                                    ) **Chapter 13**

                     **Debtor(s).**         )

_____ )

**STIPULATED ORDER MODIFYING PLAN**

       **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

       ☒        a motion to dismiss case or certificate of default requesting dismissal

       ☐        a plan modification sought by:    _____

       ☐        a motion to lift stay
             as to creditor     _____

       ☐        Other:          _____

       **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

       **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated July 24, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

       ☒        Debtor(s) Plan payments shall be changed from $2455 to $2671 per <u>month,</u> effective 3/23; and/or the Plan term shall be changed from ___ months to ____ months.                            .

☐      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐      Debtor(s) shall file and serve _____ on or before _____.

☐      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒      Other:
➢ Trustee's Certificate of Default (at Doc 83) is treated as resolved by this Order.
➢ Erie County TCB CL.#6 shall govern as secured paid at statutory rate of interest.
➢ IRS CL.4-5 shall govern fully.


**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.


*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ‾‾21st‾ day of ‾‾‾‾‾February‾‾‾‾ , 202‾3‾

_Carlota M. Böhm_
United States Bankruptcy Judge    **dmk**

Stipulated by:                          Stipulated by:

/s/ Rebeka A. Seelinger                 /s/ Ronda J. Winnecour
Counsel to Debtor                       Counsel to Chapter 13 Trustee

Stipulated by:

_____                FILED
Counsel to affected creditor           2/21/23 2:10 pm
                                        CLERK
                                        U.S. BANKRUPTCY
cc:  All Parties in Interest to be served by Clerk    COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Deborah J. Fuller

    Debtor

Case No. 19-10599-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: auto                        Page 1 of 3

Date Rcvd: Feb 21, 2023                     Form ID: pdf900                   Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah J. Fuller, 10297 High St, Albion, PA 16401-9452 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 15068926 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15068930 | + | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15068931 | + | Conduent/Front Range Bank, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 15068932 | | David J. Apothaker, Esquire, Apothaker Scian P.C., 520 Fellowship Rd, Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15068934 | | Erie County Tax Claim Bureau, 140 W 6th Street #110, Erie, PA 16501-1073 |
| 15068936 | + | Home Investment Fund V, LP, 323 5th Street, PO Box 35, Eureka, CA 95502-0035 |
| 15068941 | + | Plain Green Loans, Attn: Bankruptcy, 1900 Frost Rd Ste 100, Bristol, PA 19007-1519 |
| 15399811 | + | Red Stick Acquisitions, LLC, c/o Statebridge Company, LLC, 6061 S Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 15068943 | + | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 04:29:37 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068927 | + | Email/Text: bncnotifications@pheaa.org | Feb 22 2023 04:18:00 | Aes/fortis, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15076434 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 04:29:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15078003 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 22 2023 04:18:00 | COLLEGE ASSIST, PO BOX 16358, ST PAUL, MN 55116-0358 |
| 15068928 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2023 04:18:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15091806 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2023 04:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15068933 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 22 2023 04:18:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15068935 | | Email/Text: rj@ffcc.com | Feb 22 2023 04:18:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15108555 | + | Email/Text: bknotices@snsc.com | Feb 22 2023 04:18:00 | Home Investment Fund V, LP, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15068937 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2023 04:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 15068929 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2023 04:29:19 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15068938 | ^ | MEBN | Feb 22 2023 04:18:58 | KML Law Group, P.C., Attn. Rebecca A. Solarz, Esquire, Suite 5000 BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15068939 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 04:18:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15068940 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 04:18:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15071390 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15068942 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 04:29:21 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15068944 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 22 2023 04:18:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15104345 | ^ | MEBN | Feb 22 2023 04:18:40 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15074882 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 22 2023 04:18:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HOME INVESTMENT FUND V, LP |
| cr | | Red Stick Acquisitions, LLC |
| 15068945 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15068946 | *+ | Aes/fortis, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15068947 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15068949 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15068950 | *+ | Conduent/Front Range Bank, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 15068951 | * | David J. Apothaker, Esquire, Apothaker Scian P.C., 520 Fellowship Rd, Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15068952 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15068953 | * | Erie County Tax Claim Bureau, 140 W 6th Street #110, Erie, PA 16501-1073 |
| 15068954 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15068955 | *+ | Home Investment Fund V, LP, 323 5th Street, PO Box 35, Eureka, CA 95502-0035 |
| 15068956 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15068948 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15068957 | *+ | KML Law Group, P.C., Attn. Rebecca A. Solarz, Esquire, Suite 5000 BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15068958 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15068959 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15068960 | *+ | Plain Green Loans, Attn: Bankruptcy, 1900 Frost Rd Ste 100, Bristol, PA 19007-1519 |
| 15068961 | *+ | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15068962 | *+ | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |
| 15068963 | *+ | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-1                          User: auto                                    Page 3 of 3
Date Rcvd: Feb 21, 2023                       Form ID: pdf900                                Total Noticed: 30

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor HOME INVESTMENT FUND V  LP bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Deborah J. Fuller rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Deborah J. Fuller richard@seelingerlaw.com  rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6