# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DEBORAH J. FULLER

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:19-10599

Chapter 13

Document No.: 113

## ORDER OF COURT

    AND NOW, this \_\_\_\_17th\_\_\_\_ day of \_\_\_\_October\_\_\_\_, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
            jlm
U.S. BANKRUPTCY JUDGE

SIGNED
10/17/24 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-10599-JCM
Deborah J. Fuller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Oct 17, 2024     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah J. Fuller, 10297 High St, Albion, PA 16401-9452 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 15068926 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15068931 | + | Conduent/Front Range Bank, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 15068932 | | David J. Apothaker, Esquire, Apothaker Scian P.C., 520 Fellowship Rd, Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15068936 | + | Home Investment Fund V, LP, 323 5th Street, PO Box 35, Eureka, CA 95502-0035 |
| 15068943 | + | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2024 23:58:16 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068927 | + | Email/Text: bncnotifications@pheaa.org | Oct 17 2024 23:49:00 | Aes/fortis, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15076434 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:13:14 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15078003 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 17 2024 23:50:00 | COLLEGE ASSIST, PO BOX 16358, ST PAUL, MN 55116-0358 |
| 15068928 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2024 23:50:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15091806 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2024 23:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15068930 | ^ | MEBN | Oct 17 2024 23:51:09 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15068933 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2024 23:50:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15068934 | | Email/Text: USbankruptcies@eriecountypa.gov | Oct 17 2024 23:49:00 | Erie County Tax Claim Bureau, 140 W 6th Street #110, Erie, PA 16501-1073 |
| 15068935 | | Email/Text: rj@ffcc.com | Oct 17 2024 23:49:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15108555 | + | Email/Text: bknotices@snsc.com | Oct 17 2024 23:50:00 | Home Investment Fund V, LP, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15068937 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | Bypass | Notice Method / Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 17 2024 23:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15068929 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 00:13:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15068938 | ^ | MEBN | Oct 17 2024 23:51:02 | KML Law Group, P.C., Attn. Rebecca A. Solarz, Esquire, Suite 5000 BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15068939 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2024 23:50:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15068940 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15071390 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15636880 | + | Email/Text: LMitchell@myfci.com | Oct 17 2024 23:49:00 | Perth Properties LLC, c/o FCI Lender Services, Inc., Customer Service Department, PO Box. 27370, Anaheim Hills, CA 92809-0112 |
| 15068941 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Oct 17 2024 23:50:00 | Plain Green Loans, Attn: Bankruptcy, 1900 Frost Rd Ste 100, Bristol, PA 19007-1519 |
| 15399811 | ^ | MEBN | Oct 17 2024 23:51:07 | Red Stick Acquisitions, LLC, c/o Statebridge Company, LLC, 6061 S Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 15068942 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2024 23:59:50 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15068944 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 17 2024 23:50:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15104345 | | Email/Text: BNCnotices@dcmservices.com | Oct 17 2024 23:49:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15074882 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2024 23:50:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HOME INVESTMENT FUND V, LP |
| cr | | Red Stick Acquisitions, LLC |
| cr | *+ | Perth Properties LLC, c/o FCI Lender Services Inc., Customer Service Department, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 15068945 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15068946 | *+ | Aes/fortis, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15068947 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15068949 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15068950 | *+ | Conduent/Front Range Bank, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 15068951 | * | David J. Apothaker, Esquire, Apothaker Scian P.C., 520 Fellowship Rd, Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15068952 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15068953 | *P++ | ERIE COUNTY TAX CLAIM BUREAU, 140 WEST 6TH ST, ERIE PA 16501-1073, address filed with court:, Erie County Tax Claim Bureau, 140 W 6th Street #110, Erie, PA 16501-1073 |
| 15068954 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5630, address filed with court:, First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15068955 | *+ | Home Investment Fund V, LP, 323 5th Street, PO Box 35, Eureka, CA 95502-0035 |
| 15068956 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15068948 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15068957 | *+ | KML Law Group, P.C., Attn. Rebecca A. Solarz, Esquire, Suite 5000 BNY Mellon Independence Ctr, 701 Market Street, |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 31 |

|  |  |  |
|---|---|---|
|  |  | Philadelphia, PA 19106-1538 |
| 15068958 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15068959 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15068960 | *+ | Plain Green Loans, Attn: Bankruptcy, 1900 Frost Rd Ste 100, Bristol, PA 19007-1519 |
| 15068961 | *+ | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15068962 | *+ | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |
| 15068963 | *+ | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Denise Carlon | on behalf of Creditor HOME INVESTMENT FUND V  LP dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Deborah J. Fuller rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Deborah J. Fuller richard@seelingerlaw.com rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Perth Properties LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com |

TOTAL: 7